No. 05–560.  DeBIASSE *v.* CHEVY CHASE BANK CORP. ET AL. C. A. 3d Cir.  Certiorari denied.

No. 05–561.  TOCCI *v.* FORT WAYNE-ALLEN COUNTY AIRPORT AUTHORITY ET AL.  Sup. Ct. Ind.  Certiorari denied.

No. 05–562.  KO *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 05–563.  STEWART TITLE GUARANTY CO. ET AL. *v.* LOGAN, CHAPTER 7 TRUSTEE.  C. A. 4th Cir.  Certiorari denied.

No. 05–567.  MEDLEY *v.* MEERS, AS GUARDIAN FOR MEERS, ET AL.  Ct. App. Ky.  Certiorari denied.

No. 05–568.  ABRAHAMYAN *v.* GONZALES, ATTORNEY GEN-ERAL.  C. A. 9th Cir.  Certiorari denied.

No. 05–569.  ROTHHAUPT *v.* MAIDEN ET AL.  C. A. 6th Cir. Certiorari denied.

No. 05–570.  PERNETT *v.* AMERICAN AIRLINES, INC., ET AL. C. A. 11th Cir.  Certiorari denied.

No. 05–571.  STERLING *v.* GOSS, DIRECTOR OF CENTRAL INTEL-LIGENCE, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 05–573.  VIRACHACK ET VIR *v.* UNIVERSITY FORD, DBA BOB BAKER FORD.  C. A. 9th Cir.  Certiorari denied.

No. 05–574.  BREEZEVALE LTD. *v.* DICKINSON ET AL.  Ct. App. D. C.  Certiorari denied.

No. 05–575.  JIN RIE *v.* ROSEN ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 05–576.  JIN RIE *v.* GALPERIN.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.